IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| NOAH DUNCAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-cv-04096-SRB |
| THE CURATORS OF THE UNIVERSITY OF MISSOURI, et al., | ) |
| Defendants. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Defendants' Motion to Dismiss for Failure to State a Claim (Doc. #5) is GRANTED. Plaintiff's claims against Defendants The Curators of the University of Missouri, Julie Drury, Kelsey Forqueran, Mark Kuhnert, Lea Brandt, Seth Huber, Breanne Meyer, Evan White, John Middleton, and Paula Barrett are DISMISSED for failure to state a claim upon which relief may be granted; Plaintiff's claim against Defendant Kyler Richard is DISMISSED for lack of federal jurisdiction; and Plaintiff's Application for Leave to File Action Without Payment of Fees (Doc. #8) is DENIED AS MOOT.

| | |
|---|---|
| July 22, 2024 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | /s/ Tracey D. Peters |
| | (by) Deputy Clerk |